UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ25-432 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| GERMAN DAVID MAJIA GARAY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:     Reentry of Removed Alien

<u>Date of Detention Hearing</u>:   November 6, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant is a native of Honduras, charges with Rentry after Removal. His

DETENTION ORDER
PAGE -1

criminal record includes narcotics charges and several illegal entry charges. He is associated with multiple alias names. Defendant was not interviewed by Pretrial Services and his background information is unknown or unverified. Defendant does not contest detention.

    2. Defendant poses a risk of nonappearance based on lack of ties to this District and unknown background information. Defendant poses a risk of danger based on the nature of the alleged offense and the pending case in the Western District of Texas.

    3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

    DATED this 6th day of November, 2025.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3